NUMBERS 13-06-642-CR and 13-06-643-CR


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________


JOE FLORES, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_______________________________________________________


On appeal from the 28th District Court 


of Nueces County, Texas.


_______________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam



 Appellant, JOE FLORES, perfected appeals from judgments entered by the 28th
District Court of Nueces County, Texas, in cause numbers 06-CR-1571-A and 06-CR-3151-A. On January 25, 2007, this cause was abated, and the trial court was
directed to conduct a hearing to determine the status of these appeals. The trial
court's findings and recommendations were received on July 16, 2007. The trial court
found that the appellant does not wish to prosecute his appeals.

 The Court, having considered the documents on file and the trial court's findings
and recommendations, is of the opinion that the appeals should be dismissed. The
appeals are hereby DISMISSED. Any pending motions are denied as moot. 

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and 

filed this the 2nd day of August, 2007.